UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL H. SINGER, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 11-CV-8771 |
| CHARLES R. FELDSTEIN & CO., INC. | ) Judge John W. Darrah |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Now comes Plaintiff, Paul H. Singer, by his attorneys, Cronin & Co., Ltd., and moves this Court for Entry of a Final Judgment against Defendant Charles R. Feldstein & Co., Inc. ("Feldstein"). On August 12, 2015, the Court granted Plaintiff's Motion To Enforce The Settlement Agreement and ordered a judgment and appropriate fees. The Court subsequently denied the Defendant's Motion to Reconsider the same on November 4, 2015. This Motion is necessary to enter a Judgment Order as contemplated in the Court's August 12, 2015 and November 4, 2015 Orders. (Plaintiff's proposed Final Judgment is attached hereto as *Exhibit A*.)

*Grounds for the Motion*

On August 12, 2015 this Court granted the Plaintiff's Motion to Enforce a Settlement Agreement engaged on November 15, 2012. The court ordered a Judgment of $51,500.00 plus appropriate fees. In the passage of time since the filing on April 17, 2015, of the Motion to Enforce the Settlement Agreement, the remaining $15,000.00 due under the Settlement Agreement became overdue. The figure of $66,500.00 represents the outstanding balance owed and now delinquent by the Defendant under the Settlement Agreement. Plaintiff and Defendant initially agreed to the

1

figure of $66,500.00 after the Court's August 12, 2015 Order. That sum ($66,500) represented the outstanding amount without any fees – which Plaintiff agreed to waive in order to get the Final Order entered without further litigation. On September 3, 2015, by agreement, Plaintiff's counsel, with Defendant's counsel concurrence, submitted their Proposed Agreed Judgment Order to the Court for $66,500.00. Shortly thereafter, Defendant withdrew its agreement to the Proposed Order and filed instead its motion to reconsider. After additional briefing and hearing, Defendant's motion to reconsider was denied by the Court on November 4, 2015.

Plaintiff now submits the attached Proposed Order of $66,500 (the amount now outstanding under the Settlement Agreement) and an award of $8,000 in fees. Plaintiffs respectfully submits that the amounts proposed are entirely reasonable and appropriate. The $66,500 represents the amount long overdue under the Settlement Agreement – which has now been enforced. The fee request of $8,000 is very modest – and represents a fraction of the fees incurred in preparing, filing and pursuing not just the initial Motion To Enforce The Settlement Agreement but the additional briefing required as a result of Defendant's motion to reconsider. The rate for Plaintiff's lead counsel, Thomas C. Cronin, is $500 per hour, which is a reasonable rate in light of the complexity of the litigation and counsel's experience within the Chicago civil litigation community. At that rate, $8,000 represents only sixteen hours of counsel's time. In this enforcement litigation, Plaintiff submitted three separate briefs and attended five court appearances. Plaintiff respectfully submits that $8,000 is most reasonable for the time and effort spent on this matter. Plaintiff notes that Defendant chose to extend this litigation – even after this Court awarded appropriate fees on August 12, 2015 Order – by filing its motion to reconsider which forced Plaintiff to incur further expense in enforcing the Settlement Agreement.

**Wherefore**, for the foregoing reasons, Plaintiff respectfully requests this Court to enter the Proposed Final Judgment as attached and to award all other appropriate relief.

Dated: December 16, 2015

Respectfully submitted,

PAUL H. SINGER

By: /s/ Thomas C. Cronin

One of his Attorneys

Thomas C. Cronin
CRONIN & CO., LTD.
161 North Clark Street
Suite 2550
Chicago, Illinois 60601
312.201.7100